FILED

2008 MAR -7 PM 12:46

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 0680 LAB

UNITED STATES OF AMERICA,               )   Criminal Case No. _____
                                        )
            Plaintiff,                  )   I N D I C T M E N T
                                        )
      v.                                )   Title 8, U.S.C., Secs. 1326(a)
                                        )   and (b) - Deported Alien Found
SALUSTIO SALGADO-RAMON,                 )   in the United States
                                        )
            Defendant.                  )
_____)

The grand jury charges:

On or about December 11, 2007, within the Southern District of California, defendant SALUSTIO SALGADO-RAMON, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

CJB:fer:San Diego
3/6/08

1 | It is further alleged that defendant SALUSTIO SALGADO-RAMON was
2 | removed from the United States subsequent to October 22, 1999.
3 | DATED: March 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney