AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
SALUSTIO SALGADO-RAMON,
        Defendant.

**APPEARANCE**

Case Number: 08CR0680-LAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SALUSTIO SALGADO-RAMON

I certify that I am admitted to practice in this court.

| 3/11/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |

| Shaffy Moeel / Federal Defenders of SD | 238732 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 11, 2008                                                    ____/s/ Shaffy Moeel_____
                                                                                                                                    SHAFFY MOEEL
                                                                                                                                    Federal Defenders of San Diego, Inc.
                                                                                                                                    225 Broadway, Suite 900
                                                                                                                                    San Diego, CA 92101-5030
                                                                                                                                    (619) 234-8467  (tel)
                                                                                                                                    (619) 687-2666  (fax)
                                                                                                                                    e-mail: Shaffy_Moeel@fd.org